# *EXHIBIT "A"*

**BUSINESS OFFICE SOLUTIONS**
A Division of National Recovery Agency
(800) 360-2998

PO Box 67015
Harrisburg, PA 17106-7015
RETURN SERVICE REQUESTED

11/04/09

| IN RE: NORTHEAST IMAGING | TOTAL AMOUNT DUE: |
|---|---|
| ACCT#: | DATE OF SERVICE: 02/25/09 |

HPZ394/0D3    201 77568750    0000799/0004

Denise Harlan
10754 Jeanes St
Philadelphia, PA 19116-3316

SEND TO:
**Business Office Solutions**
PO Box 67015
Harrisburg, PA 17106-7015

Dear Denise Harlan,

Your account with NORTHEAST IMAGING is presently delinquent. The amount due and owing is $60.00.

Unless you dispute this debt or any part thereof, within 30 days after receiving this notice, the debt will be presumed to be valid. Should you notify the above-named creditor in writing that you contest the debt, or any portion thereof, the creditor will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request the creditor in writing within 30 days after receiving this notice, the creditor will provide you with the name and address of the original creditor, if different from the current creditor.

Should your payment or dispute not be received within 30 days from the date of this notice, this debt will be considered for referral by our client to National Recovery Agency for collection activity.

The purpose of this communication is to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Business Office Solutions
Customer Service Department

This communication is from a debt collector.

NRA/ALS-D3

**ID #:  HPZ394**

Calls to or from Business Office Solutions may be monitored or recorded for quality assurance.

**MEDICAL PATIENTS PLEASE COMPLETE THE INFORMATION BELOW**

PATIENT NAME: _____  
GUARANTOR'S NAME: _____  
  ADDRESS: _____  
  PHONE #: _____  
POLICY HOLDER'S NAME: _____  
  ADDRESS: _____  
INSURANCE COMPANY: _____  
  ADDRESS: _____  
EMPLOYER'S NAME /ADDRESS: _____  
POLICY NO.: _____ GROUP NO.: _____  

DATE OF BIRTH: _____  

PATIENT'S RELATIONSHIP TO GUARANTOR  
☐ SELF ☐ CHILD ☐ SPOUSE ☐ OTHER  

PATIENT'S RELATIONSHIP TO INSURED  
☐ SELF ☐ CHILD ☐ SPOUSE ☐ OTHER  

EFFECTIVE DATE: _____  

| CARD NUMBER | For Credit/Debit Card Payments |

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

☐ VISA ☐ MASTERCARD ☐ DISCOVER ☐ AMERICAN EXPRESS  
CARD EXPIRES: _____  

CARD HOLDER'S NAME: _____ CREDIT CARD SIGNATURE: _____  
              (Please Print)                                         (Required)