IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE HARLAN, | ) | |
|       Plaintiff, | ) | CIVIL ACTION |
| | ) | No. 10-cv-0324 |
| v. | ) | |
| | ) | |
| NRA GROUP, LLC, d/b/a | ) | |
| NATIONAL RECOVERY AGENCY, *et al.*, | ) | |
|       Defendants. | ) | |

## ORDER

**AND NOW**, this 9th day of February 2011, upon consideration of Plaintiff's Motion for Judgment on the Pleadings [doc no. 10], Defendants' Response thereto [doc. no. 11], and Plaintiff's Reply [doc. no. 15], and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings is **GRANTED** and **JUDGMENT as to liability is ENTERED** against Defendants NRA Group, LLC d/b/a National Recovery Agency and Business Office Solutions. Defendants' Motion for Summary Judgment [doc. no. 17] and Plaintiff's Cross-Motion for Summary Judgment [doc. no. 18] are hereby **DISMISSED AS MOOT**.

It is further **ORDERED** that:

1. Pursuant to the Parties' agreement,[1] actual and statutory damages to be assessed against Defendant are fixed at $1,000.

2. On or before **February 23, 2011**, Plaintiff shall submit an affidavit regarding her costs and reasonable attorneys fees requested in this matter, including a detailed bill of costs and

---

[1] See Pl.'s Resp. in Opp'n to Defs.' Mot for Summ. J. & Cross-Mot. for Summ. J, Certification of Andrew Milz & Ex. A (noting parties have agreed to total damages of $1,000 upon a finding of liability).

fees, and any supplemental brief that may be required.

3. On or before **March 2, 2011**, Defendants shall submit their response to Plaintiff's requests for fees and costs.

It is so **ORDERED**.

BY THE COURT:

s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**