IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE HARLAN,<br><br>                Plaintiff,<br><br>vs.<br><br>NRA GROUP, LLC d/b/a NATIONAL RECOVERY AGENCY<br>    And<br>BUSINESS OFFICE SOLUTIONS, a division of NATIONAL RECOVERY AGENCY,<br><br>                Defendants. | CIVIL ACTION NO. 10-CV-324(CMR) |



**FILED**

MAR 30 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## SATISFACTION OF JUDGMENT

TO THE CLERK:

    Kindly mark the Judgment entered in the above-referenced matter satisfied.

DATE: 03/29/11

_____
ANDREW M. MILZ
Attorneys for Plaintiff

**LUNDY, FLITTER, BELDECOS & BERGER, P.C.**
450 N. Narberth Avenue
Narberth, PA  19072
(610) 822-0781
amilz@lfbb.com